UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MICHAEL JOSHUE SALINAS DELCID,

                    Petitioner,                         Case No. 1:26-cv-1455

v.                                                      Honorable Paul L. Maloney

DEPARTMENT OF HOMELAND
SECURITY et al.,

                    Respondents.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28

U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

Dated:    June 12, 2026                          /s/ Hala Y Jarbou
                                                 HALA Y JARBOU
                                                 For the Honorable Paul L. Maloney
                                                 United States District Judge